IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACI RUETER, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:20-CV-00030-MAB |
| | ) |
| CLUB FITNESS, INC., | ) |
| | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal filed on December 21, 2020 (Doc. 26) and the Order entered on December 22, 2020 (Doc. 28), this matter is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: December 22, 2020

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                                  BY:  /s/ *Jennifer Jones*
                                            **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**